


**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON INC., TEXTRON INNOVATIONS INC., AND TEXTRON SYSTEMS CORPORATION, | § § § § | |
| PLAINTIFFS, | § | **4-06CV-841-A** CIVIL ACTION NO. _____ |
| v. | § § § | |
| ELECTRONIC ARTS, INC. | § § | |
| DEFENDANTS. | § | |

### Plaintiffs' Certificate of Interested Persons

Pursuant to Local Rules 3.1(f), Plaintiffs list the following persons who have a financial interest in the outcome of this litigation:

| **Interested Parties** | **Counsel** |
|---|---|
| 1. Bell Helicopter Textron, Inc. (Plaintiff) | Stephen C. Howell<br>State Bar No. 10107700<br>John G. Sams<br>State Bar No. 17566100<br>David W. Chant<br>State Bar No. 24009951<br>Howell, Dorman & Sams, P.C.<br>307 W 7th Street, Suite 1918<br>Fort Worth, Texas 76102<br>(817) 348-9800<br>(817) 348-0384 – Fax |

2.  Textron Innovations Inc.  
    (Plaintiff)

    Stephen C. Howell  
    State Bar No. 10107700  
    John G. Sams  
    State Bar No. 17566100  
    David W. Chant  
    State Bar No. 24009951  
    Howell, Dorman & Sams, P.C.  
    307 W 7th Street, Suite 1918  
    Fort Worth, Texas 76102  
    (817) 348-9800  
    (817) 348-0384 – Fax

3.  Textron Systems Corporation  
    (Plaintiff)

    Stephen C. Howell  
    State Bar No. 10107700  
    John G. Sams  
    State Bar No. 17566100  
    David W. Chant  
    State Bar No. 24009951  
    Howell, Dorman & Sams, P.C.  
    307 W 7th Street, Suite 1918  
    Fort Worth, Texas 76102  
    (817) 348-9800  
    (817) 348-0384 – Fax

4.  Electronic Arts, Inc.  
    (Defendant)

    Counsel for Defendant unknown at this time.

Respectfully submitted,

*Stephen C. Howell*
Stephen C. Howell
State Bar No. 10107700
John G. Sams
State Bar No. 17566100
David W. Chant
State Bar No. 24009951

Commerce Building
Suite 1918
307 W. 7th Street
Fort Worth, Texas
Telephone   (817) 348-9800
Facsimile   (817) 348-0384

ATTORNEYS FOR PLAINTIFFS

**OF COUNSEL:**

HOWELL, DORMAN & SAMS, P.C.
Commerce Building
Suite 1918
307 W. 7th Street
Fort Worth, Texas
Telephone   (817) 348-9800
Facsimile   (817) 348-0384