IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BELL HELICOPTER TEXTRON INC., ET AL., | § § § |
| Plaintiffs, | § § |
| VS. | §  NO. 4:06-CV-841-A |
| ELECTRONIC ARTS, INC., | § § § § |
| Defendant. | § |

O R D E R

Having considered the motion for leave to file a first amended complaint of plaintiffs, Bell Helicopter Textron Inc., Textron Innovations Inc., and Textron Inc., the court concludes that it should be granted as stated below. Therefore,

The court ORDERS the clerk to file plaintiffs' first amended complaint.

The court further ORDERS plaintiffs, in accordance with the Federal Rules of Civil Procedure, to serve defendant, Electronic Arts, Inc., with a copy of their first amended complaint.

SIGNED December 13, 2006.

JOHN McBRYDE
United States District Judge