ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 14 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| BELL HELICOPTER TEXTRON INC., TEXTRON INNOVATIONS INC., AND TEXTRON INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> ELECTRONIC ARTS, INC. <br><br> DEFENDANTS. | § § § § § § § § § § § § | CIVIL ACTION NO. 4-06CV-841-A |

### Plaintiffs' Amended Certificate of Interested Persons

Pursuant to Local Rules 3.1(f), Plaintiffs list the following persons who have a financial interest in the outcome of this litigation:

**Interested Parties**

1. Bell Helicopter Textron, Inc.
   (Plaintiff)

**Counsel**

Stephen C. Howell
State Bar No. 10107700
John G. Sams
State Bar No. 17566100
David W. Chant
State Bar No. 24009951
Howell, Dorman & Sams, P.C.
307 W 7th Street, Suite 1918
Fort Worth, Texas 76102
(817) 348-9800
(817) 348-0384 – Fax

| | | |
|---|---|---|
| 2. | Textron Innovations Inc.<br>(Plaintiff) | Stephen C. Howell<br>State Bar No. 10107700<br>John G. Sams<br>State Bar No. 17566100<br>David W. Chant<br>State Bar No. 24009951<br>Howell, Dorman & Sams, P.C.<br>307 W 7th Street, Suite 1918<br>Fort Worth, Texas 76102<br>(817) 348-9800<br>(817) 348-0384 – Fax |
| 3. | Textron Inc.<br>(Plaintiff) | Stephen C. Howell<br>State Bar No. 10107700<br>John G. Sams<br>State Bar No. 17566100<br>David W. Chant<br>State Bar No. 24009951<br>Howell, Dorman & Sams, P.C.<br>307 W 7th Street, Suite 1918<br>Fort Worth, Texas 76102<br>(817) 348-9800<br>(817) 348-0384 – Fax |
| 4. | Electronic Arts, Inc.<br>(Defendant) | Counsel for Defendant unknown at this time. |

Respectfully submitted,

_____
Stephen C. Howell
State Bar No. 10107700
John G. Sams
State Bar No. 17566100
David W. Chant
State Bar No. 24009951

Commerce Building
Suite 1918
307 W. 7th Street
Fort Worth, Texas
Telephone   (817) 348-9800
Facsimile   (817) 348-0384

**ATTORNEYS FOR PLAINTIFFS**

**OF COUNSEL:**

HOWELL, DORMAN & SAMS, P.C.
Commerce Building
Suite 1918
307 W. 7th Street
Fort Worth, Texas
Telephone   (817) 348-9800
Facsimile   (817) 348-0384