Bell Helicopter Textron Inc et al v. Electronic Arts Inc                                    Doc. 10
Case 4:06-cv-00841    Document 10    Filed 04/30/2007    Page 1 of 2



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON INC., | § | |
| TEXTRON INNOVATIONS INC, AND | § | |
| TEXTRON INC., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4-06CV-841-A |
| | § | |
| ELECTRONIC ARTS INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

## ELECTRONIC ARTS INC.'S DISCLOSURE STATEMENT

**To the Honorable Court:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District Local Rules 3.1 and 7.4, Defendant Electronic Arts Inc. respectfully submits the following disclosure statement:

1.     Defendant Electronic Arts Inc has no parent corporation. There is no publicly-held corporation that owns 10% or more of Electronic Arts Inc.'s stock. Other than the parties, defendant Electronic Arts Inc. does not know of any other persons or legal entities which are financially interested in the outcome of the case.

1

Dockets.Justia.com

**Craig W. Weinlein**
   State Bar No. 21095500
**Prescott W. Smith**
   State Bar No. 24013534
**Omar Kilany**
   State Bar No. 24026974
**CARRINGTON, COLEMAN, SLOMAN**
   **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000
FAX (214) 855-1333

*Attorneys for Defendant Electronic Arts Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon attorneys of record of all parties to the above cause in accordance with FED. R. CIV. P. 5 on this 27th day of April , 2007.

Craig Weinlein