**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 1 2007
CLERK, U.S. DISTRICT COURT
By _____
  Deputy

| | |
|---|---|
| BELL HELICOPTER TEXTRON INC., § | |
| TEXTRON INNOVATIONS INC. AND § | |
| TEXTRON INC., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 4-06CV-841-A |
| § | |
| ELECTRONIC ARTS INC., § | |
| § | |
| Defendant. § | |

### AGREED ORDER GRANTING LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT AND EXTENDING DEFENDANT'S ANSWER DAY

On this day the Court considered the parties' Joint Motion for Leave to File Plaintiffs' Second Amended Complaint and to Extend Defendant's Answer Day. Upon consideration of the Motion, the Court finds that the motion is well-founded and should be granted. Therefore, it is

ORDERED that the clerk file Plaintiffs' Second Amended Complaint.

It further is

ORDERED that the time for Defendant Electronic Arts Inc. to answer or otherwise respond is extended until 20 days after the date of filing of Plaintiffs' Second Amended Complaint.

Signed this 1st day of May, 2007.

John McBryde
UNITED STATES DISTRICT JUDGE

**Agreed and Approved:**

_____
**Beale Dean**
  State Bar No. 05685000
**Stephen C. Howell**
  State Bar No. 10107700
**David W. Chant**
  State Bar No. 24009951

306 W. 7th Street
Suite 200
Fort Worth, Texas
Telephone     (817) 348-9800
Facsimile      (817) 348-0384

*Attorneys for Plaintiffs Bell Helicopter Textron Inc., Textron Innovations Inc., And Textron Inc.*

OF COUNSEL:

Brown, Dean, Wiseman, Proctor, Hart & Howell, L.L.P.
306 W. 7th Street
Suite 200
Fort Worth, Texas

*[signature: Craig Weinlein]*

**Craig W. Weinlein**
  State Bar No. 21095500
**Prescott W. Smith**
  State Bar No. 24013534
**Omar Kilany**
  State Bar No. 24026974
CARRINGTON, COLEMAN, SLOMAN
  & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000
FAX (214) 855-1333

*Attorneys for Defendant*
*Electronic Arts Inc.*