

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON INC., <br> TEXTRON INNOVATIONS INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> *Defendant.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 4-06CV-841-A |

### APPENDIX IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS

| **ITEM** | **PAGE** |
|---|---|
| Copy of *Battlefield Vietnam* | App. 1 |
| Copy of *Battlefield Vietnam: Redux* | App. 2 |
| Copy of *Battlefield:2* | App. 3 |

Respectfully Submitted,

*/s/ Craig Weinlein*

**Craig W. Weinlein**
  State Bar No. 21095500
**Prescott W. Smith**
  State Bar No. 24013534
**Omar Kilany**
  State Bar No. 24026974
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000
FAX (214) 855-1333

*Attorneys for Defendant Electronic Arts Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing instrument was served upon attorneys of record of all parties to the above cause via United States First Class Mail on this 21st day of May, 2007.

                                                                       _____
                                                                       Craig W. Weinlein