


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BELL HELICOPTER TEXTRON INC.,** | § | |
| **TEXTRON INNOVATIONS INC,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | CIVIL ACTION NO. 4-06CV-841-A |
| v. | § | |
| | § | |
| **ELECTRONIC ARTS INC.,** | § | |
| | § | |
| *Defendant.* | § | |

### DEFENDANT ELECTRONIC ARTS INC.'S JURY DEMAND

To the Honorable Court:

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant Electronic Arts Inc. hereby demands trial by jury of all issues triable of right by a jury.

DATED this 21st day of May, 2007.

Respectfully submitted,

_____
**Craig W. Weinlein**
  State Bar No. 21095500
**Prescott W. Smith**
  State Bar No. 24013534
**Omar Kilany**
  State Bar No. 24026974
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000
FAX (214) 855-1333

*Attorneys for Defendant Electronic Arts Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing instrument was served upon attorneys of record of all parties to the above cause via United States First Class Mail on this 21st day of May, 2007.

_____
Craig W. Weinlein

765640.1