IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON, INC., AND TEXTRON INNOVATIONS INC. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:06-CV-841-A |
| ELECTRONIC ARTS, INC. | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JOHN H. MCBRYDE, FEDERAL JUDGE:

COMES NOW Marshall M. Searcy, Jr. and respectfully enters his appearance as counsel for Defendants in the above-styled cause. Mr. Searcy is admitted to practice law in the United States District Court for the Northern District of Texas, and is in good standing. Copies of all pleadings, correspondence and other papers regarding this case should be sent to:

Marshall M. Searcy, Jr.
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 878-2500
(817) 878-9280 (facsimile)
marshall.searcy@khh.com

Notice of Appearance– Page 1

Respectfully submitted,

*Marshall Searcy*
Marshall M. Searcy, Jr.
State Bar No. 17955500
Michael D. Anderson
State Bar No. 24031699
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500
(817) 878-9280 (facsimile)
marshall.searcy@khh.com
Michael.anderson@khh.com

**ATTORNEYS FOR DEFENDANTS**

Notice of Appearance– Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon Plaintiff's counsel via hand delivery on September 14, 2007.

John G. Sams
Beale Dean
Stephen C. Howell
David W. Chant
Brown, Dean, Wiseman, Proctor
Hart & Howell, LLP
306 West 7th Street
Fort Worth Club Building, suite 200
Fort Worth, Texas 76102

_____
Marshall M. Searcy, Jr.