IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2007 SEP 25 AM 10: 20

CLERK OF COURT

____BELL HELICOPTER, et al.____, §
§
**Plaintiff** §
§     ____4-06CV-841-A____
v. §     **Case Number**
§
____ELECTRONIC ARTS INC.____, §
§
**Defendant**

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)
____Keker & Van Nest LLP____, with offices at ____710 Sansome Street____,
(Street Address)

____San Francisco____, ____California____, ____94111____, ____(415) 391-5400____.
(City)           (State)          (Zip Code)       (Telephone No.)

II. Applicant will sign all pleadings with the name ____Michael H. Page____.

III. Applicant has been retained personally or as a member of the above-named firm by

Electronic Arts Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of
____California____, where Applicant regularly practices law.

Bar license number: ____154913____   Admission date: ____December 1991____.

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached list | | |
| | | |
| | | |
| | | |

**Michael H. Page**  (SBN #154913)

| Courts to which admitted | Date of Admission |
|---|---|
| California State Courts | December 1991 |
| U.S. District Court, Southern District of California | October 21, 1996 |
| U.S. District Court, Central District of California | January 17, 1997 |
| U.S. District Court, Northern District of California | December 16, 1991 |
| U.S. District Court, Eastern District of California | March 9, 1995 |
| Supreme Court of the State of California | December 16, 1991 |
| Supreme Court of the United States of America | January 10, 2005 |
| U.S. Court of Appeals for the Federal Circuit | May 24, 2004 |
| U.S. Court of Appeals for the 9th Circuit | December 17, 1991 |
| U.S. Court of Appeals for the 2nd Circuit | December 18, 2006 |

368169.01

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style

_____09/19/2007_____        _____4-07CV-487-A - American Airlines v. Google Inc._____

(If necessary, attach statement of additional applications.)

X.      Local counsel of record associated with Applicant in this matter is _____Marshall Searcy, Esq._____
who has offices at_____Kelly, Hart & Hallman, LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102_____,
                    (Address)
_____(817) 332-1391_____.
(Telephone No.)

XI.     Check the appropriate box below.

        For Application in a **Civil Case**

        ☑       Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

        For Application in a **Criminal Case**

        ☐       Applicant has read and will comply with the local criminal rules of this court.

Page 2 of 3

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this \_\_\_20th\_\_\_ day of \_\_\_\_September\_\_\_\_, 20\_\_07\_\_.

_____MICHAEL H. PAGE_____
Printed Name of Applicant

_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this _____ day of _____September_____, 2007\_\_\_.

_____Michael H. Page_____
Printed Name of Applicant

_____
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐   the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐   the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____   _____
DATE                                                    JUDICIAL OFFICER