IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2007 SEP 25 AM 10: 20

CLERK OF COURT

____BELL HELICOPTER, et al.____, §
§
**Plaintiff** §
§   ____4-06CV-841-A____
v. §   Case Number
§
____ELECTRONIC ARTS INC.____, §
§
**Defendant**

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)
____Keker & Van Nest LLP____, with offices at ____710 Sansome Street____,
(Street Address)

____San Francisco____, ____California____, ____94111____, ____(415) 391-5400____.
(City)                     (State)            (Zip Code)   (Telephone No.)

II.  Applicant will sign all pleadings with the name ____Michael K. Stern____.

III. Applicant has been retained personally or as a member of the above-named firm by

Electronic Arts Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of
____Washington, D.C.____, where Applicant regularly practices law.
Bar license number: ____478803____ Admission date: ____08/05/2002____.

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York | 01/30/2002 | Active |
| U.S. Dist. Ct., Dist. of Columbia | 12/01/2003 | Active |
| U.S. Dist. Ct., Dist. of Maryland | 03/15/2004 | Active |

dockets.Justia.com

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX.   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application           Case No. And Style

_____       _____

_____       _____

(If necessary, attach statement of additional applications.)

X.   Local counsel of record associated with Applicant in this matter is _____Marshall Searcy, Esq._____ who has offices at_____Kelly, Hart & Hallman, LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102_____,
(Address)
_____(817) 332-1391_____.
(Telephone No.)

XI.   Check the appropriate box below.

  For Application in a **Civil Case**

  ☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

  For Application in a **Criminal Case**

  ☐   Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ___20th___ day of _____September_____, 20__07__.

MICHAEL K. STERN

Printed Name of Applicant

_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __25th__ day of _____September_____, __2007__.

Michael K. Stern

Printed Name of Applicant

_____
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐   the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐   the application be denied. The Clerk of Court shall return the admission fee to the Applicant.


_____       _____
DATE                          JUDICIAL OFFICER