

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BELL HELICOPTER TEXTRON INC., ET AL., | § § § |
| Plaintiffs, | § § |
| VS. | §  NO. 4:06-CV-841-A § |
| ELECTRONIC ARTS INC., | § § |
| Defendant. | § |

ORDER

Came on for consideration the application of Michael H. Page ("Page") for admission <u>pro hac vice</u> in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that the application of Page for admission <u>pro hac vice</u> be, and is hereby, granted, and that Page be, and is hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of defendant, Electronic Arts Inc., in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED September 26, 2007.

_____
JOHN McBRYDE
United States District Judge