UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| BELL HELICOPTER TEXTRON INC., <br> TEXTRON INNOVATIONS INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> *Defendant.* | § § § § § § § § § § § § § |

CIVIL ACTION NO. 4-06CV-841-A

### ORDER GRANTING WITHDRAWAL OF COUNSEL FOR DEFENDANT

On this day, the Court considered Defendant's Motion for Withdrawal of Counsel for Defendant. After considering the motion, the Court is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED that Craig W. Weinlein, Prescott W. Smith and all other attorneys at the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P. are hereby permitted to withdraw as counsel of record in this case for Defendant Electronic Arts Inc.

Signed this 10th day of Oct., 2007.

_____
UNITED STATES DISTRICT JUDGE

1