UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON INC., <br> TEXTRON INNOVATIONS INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> *Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 4-06CV-841-A |

## MOTION FOR WITHDRAWAL
## OF COUNSEL FOR DEFENDANT

**TO THE HONORABLE COURT:**

1. Craig W. Weinlein, of the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P., asks this court to allow his withdrawal as counsel and attorney of record for Defendant Electronic Arts Inc, and to further permit Prescott W. Smith, and all other attorneys of Carrington, Coleman, Sloman & Blumenthal, LLP to withdraw as counsel and attorneys of record for Defendant Electronic Arts Inc.

2. There is good cause for this court to grant this motion to withdraw. Defendant Electronic Arts Inc. no longer desires to use the legal services of Craig W. Weinlein, Prescott W. Smith, or the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P. Mr. Marshall M. Searcy, with the firm of Kelly Hart & Hallman, LLP, 201 Main Street, Suite 2500, Fort Worth, Texas, 76102, (817) 878-3512, filed a Notice of Appearance with this Court on September 14, 2007. In addition, Mr. Michael K. Stern and Mr. Michael Page, both of the firm of Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California, 94111, (414) 773-6694, filed

1

applications for admission *pro hac vice*, and this Court granted both motions on September 26, 2007.

3. Defendant Electronic Arts Inc. has approved this requested withdrawal of counsel, and Plaintiffs Bell Helicopter Textron Inc., Textron Innovations Inc., and Textron Systems Corporation do not object to the withdrawal.

4. Defendant Electronic Arts Inc. does not seek this withdrawal for purposes of delay, and indeed, the requested withdrawal will neither cause delay nor prejudice any of the parties in the resolution of this matter.

WHEREFORE, Defendant Electronic Arts Inc. respectfully moves this Court for an order permitting Craig W. Weinlein, of the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P., to withdraw from this cause as counsel for Electronic Arts Inc. and that Mr. Weinlein, Mr. Prescott W. Smith, and that all other attorneys at the law firm of Carrington, Coleman, Sloman & Blumenthal, LLP shall no longer be recognized as attorneys of record for Defendant.

Respectfully Submitted,

_____
Craig W. Weinlein
  State Bar No. 21095500
Prescott W. Smith
  State Bar No. 24013534
CARRINGTON, COLEMAN, SLOMAN &
  BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: 214-855-3000
Telecopier: 214-855-1333

*Attorneys for Defendant Electronic Arts Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on Monday, October 8, 2007 he corresponded with Mr. Jason Moon, attorney for Plaintiffs, who indicated that Plaintiffs are not opposed to the relief sought herein.

_____
Prescott W. Smith

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon attorneys of record of all parties to the above cause via United States First Class Mail (Certified Mail, Return Receipt Requested) on this 9th day of October, 2007.

_____
Prescott W. Smith