U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 6 2007

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BELL HELICOPTER TEXTRON INC., §
ET AL., §
§
    Plaintiffs, §
§
VS. § NO. 4:06-CV-841-A
§
ELECTRONIC ARTS INC., §
§
    Defendant. §

## ORDER

Came on for consideration the motion of defendant,
Electronic Arts Inc., to dismiss certain claims asserted by
plaintiffs, Bell Helicopter Textron, Inc. and Textron Innovations
Inc., in the above-captioned action.  In its motion, defendant
seeks to dismiss: (1) the portion of plaintiffs' claims that
"challenge the inclusion of plaintiffs' alleged unregistered
trademarks and trade dress within the content of the games
themselves"  Def.'s Reply 3 (citing Def.'s Mot. 2-3) and (2)
plaintiffs' claim for dilution under 15 U.S.C. § 1125(c).  Having
considered the motion, defendant's response, plaintiffs' reply,

and the applicable legal authorities, the court concludes that defendant's motion should be denied.   Therefore,

The court ORDERS that defendant's motion to dismiss be, and is hereby, denied.

SIGNED December 6, 2007.

JOHN McBRYDE
United States District Judge

2