


FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 FEB 15 PM 3: 53

CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON INC., | § | |
| AND, TEXTRON INNOVATIONS INC., | § | |
| | § | |
| | § | CIVIL ACTION NO. 4-06CV-841-A |
| v. | § | |
| | § | |
| ELECTRONIC ARTS, INC. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come Now the Plaintiffs and the Defendant in the above-styled and numbered cause and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file the following Stipulation of Dismissal with Prejudice.  All parties hereby stipulate to the dismissal of this lawsuit with prejudice to the refiling of same, with each party bearing its own costs of court.  This stipulation is signed below by all parties through their counsel of record.

Respectfully submitted,


Beale Dean
State Bar No. 05685000
John G. Sams
State Bar No. 17566100
Brown, Dean, Wiseman, Proctor,
        Hart & Howell, L.L.P.
306 West 7th Street
Suite 200
Fort Worth, Texas 76102
(817) 332-1391
(817) 870-2427 Facsimile

ATTORNEYS FOR PLAINTIFFS
BELL HELICOPTER TEXTRON INC.
and TEXTRON INNOVATIONS INC.


Marshall M. Searcy, Jr.
State Bar No. 1795550
Michael D. Anderson
State Bar No. 24031699
Kelly, Hart & Hallman, L.L.P.
201 Main Street
Suite 2500
Fort Worth, Texas 76102
(817) 878-3512
(817) 878-9712 Facsimile

ATTORNEYS FOR DEFENDANT
ELECTRONIC ARTS INC.